Artin Betpera (SBN 244477)
Artin.Betpera@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347

Attorney for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY L BANKS,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO, N.A.,<br><br>    Defendant. | CASE NO. 4:20-CV-08745-HSG<br><br>**ORDER STAYING ACTION AND CONTINUING DATES (AS MODIFIED)** |

The Court has reviewed the parties' Stipulation to Stay Action and Continue Dates, and finds that good cause exists to order as follows:

1.   This action is stayed until the Supreme Court issues its opinion in *Duguid v. Facebook, Inc.*, 926 F.3d 1146 (9th Cir. 2019), cert. granted in part, ___ U.S. ___, ___ S.Ct. ___, ___ L.Ed.2d ___, 2020 WL 3865252 (U.S. July 9, 2020) (No. 19-511) ("*Duguid*");

2.   The Court directs the parties to submit a joint status report within 48 hours of the *Duguid* decision. The status report should simply attach the decision with no legal or factual argument or characterization. The Court shall set a case management conference upon receipt of that notice.

//

//

//

3. Wells Fargo's deadline to respond to Plaintiff's complaint is hereby extended to two weeks following the parties' submission of the notice of the Supreme Court's issuance of its opinion in *Duguid*.

**IT IS SO ORDERED.**

DATED: 3/2/2021

_____
Honorable Haywood S. Gilliam, Jr.