1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY L BANKS,<br><br>            Plaintiff,<br><br>v.<br><br>WELLS FARGO, N.A.,<br><br>            Defendant. | CASE NO. 4:20-CV-08745-HSG<br><br>**ORDER EXTENDING RESPONSIVE PLEADING DEADLINE** |

The Court has reviewed the parties' Stipulation to Extend Responsive Pleading Deadline, and finds that good cause exists to order as follows:

1. Wells Fargo's deadline to respond to Plaintiff's complaint is hereby extended two weeks from April 22, 2021 to May 6, 2021.

**IT IS SO ORDERED.**

DATED: 4/22/2021

Honorable Haywood S. Gilliam, Jr.