**SULAIMAN LAW GROUP, LTD.**
Alexander J. Taylor, Esq. (Cal. Bar No. 332334)
2500 S. Highland Avenue
Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Fax: (630) 575-8188
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY L. BANKS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 4:20-cv-08745-HSG<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Jeffrey L. Banks ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, Wells Fargo Bank, N.A., have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Date: May 4, 2021                                              Respectfully submitted,

By: */s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.
